# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **KERRIE DRISCOLL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-12112-FDS |
| ) | |
| **PNC BANK, NATIONAL ASSOCIATION,** ) | |
| ) | |
| Defendant. ) | |

## CONTINUED TEMPORARY RESTRAINING ORDER

**SAYLOR, J.**

The court granted an order on September 9, 2013, temporarily restraining defendant PNC Bank, National Association, from closing or otherwise consummating the sale of real property located at 59 Hillview Road, Westwood, Norfolk County, Massachusetts, pending a hearing on plaintiff Kerrie Driscoll's motion for a preliminary injunction. The order extended until September 16, 2013 at 5:00 p.m., or until otherwise dissolved or modified by the Court, whichever was earlier. On September 12, 2013, plaintiff and defendant jointly moved to postpone the filing of supplemental memoranda to October 14, to continue the hearing to a date after October 16, and to extend defendant's deadline to answer the complaint to October 17. Implicit in the joint motions are a request for and assent to extension of the temporary restraining order until the hearing date. For the reasons previously stated, the grant of a temporary restraining order was appropriate, and the Court likewise finds under the circumstances that a continuation is also appropriate.

Accordingly, defendant PNC Bank, National Association, is hereby temporarily

restrained from closing or otherwise consummating the sale of real property located at 59 Hillview Road, Westwood, Norfolk County, Massachusetts, pending a hearing on a preliminary injunction, which is scheduled for October 17, 2013.  This order is binding upon PNC Bank and its officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise.  This order shall become effective at the time of entry, and shall remain in effect until October 17, 2013 at 5:00 p.m., or until otherwise dissolved or modified by the Court, whichever is earlier.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: September 13, 2013, 1:25 p.m., at Boston, Massachusetts